UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DRAKE,<br><br>    Plaintiff,<br><br>    v.<br><br>HAIER US APPLIANCE SOLUTIONS INC.,<br><br>    Defendant. | Case No. 23-cv-00939-AMO<br><br>**CASE MANAGEMENT ORDER**<br>Re: Dkt. No. 70 |

Having considered the parties' Joint Case Management Statement, the Court hereby VACATES the conference scheduled for April 4, 2025, TERMINATES the parties' untimely motion to appear remotely at the conference (ECF 72), and SETS the following deadlines for this matter:

- Deadline for Plaintiff to identify experts and serve expert reports or declarations in support of motion for class certification: January 30, 2026;
- Plaintiff to file motion for class certification: January 30, 2026;
- GE Appliances to file opposition to motion for class certification: April 15, 2026;
- Deadline for GE Appliances to identify experts and serve expert reports or declarations in opposition to motion for class certification: April 15, 2026; and
- Plaintiff to file reply brief in support of motion for class certification: May 29, 2026.

Plaintiff shall notice the hearing on the motion for class certification at the time the motion is filed.

Any party may seek modification of this schedule for good cause, except that the parties may also modify discovery and expert disclosure deadlines by agreement.

The Court additionally REFERS the case to private mediation. The parties shall meet and confer regarding their joint selection of a potential mediator, and they shall submit a status report identifying that mediator by no later than April 30, 2025.

**IT IS SO ORDERED.**

Dated: March 31, 2025

_____
**ARACELI MARTÍNEZ-OLGUÍN
United States District Judge**