Richard Lyon (Cal. Bar No. 229288)
rick@dovel.com
Simon Franzini (Cal. Bar No. 287631)
simon@dovel.com
Jonas B. Jacobson (Cal. Bar No. 269912)
jonas@dovel.com
Gabriel Doble (Cal. Bar No. 335335)
gabe@dovel.com
Martin Brenner (Cal. Bar No. 333540)
martin@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: (310) 656-7069

Attorneys for Plaintiff
CHARLES DRAKE

Robert J. Herrington (SBN 234417)
*herringtonr@gtlaw.com*
Michael E. McCarthy (SBN 301010)
*mccarthyme@gtlaw.com*
GREENBERG TRAURIG, LLP
1840 Century Park East, 19th Floor
Los Angeles, CA 90067-2121
Telephone: 310-586-7700
Facsimile: 310-586-7800

Attorneys for Defendant
HAIER US APPLIANCE SOLUTIONS INC.
d/b/a/ GE APPLIANCES

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHARLES DRAKE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAIER US APPLIANCE SOLUTIONS INC.,<br><br>Defendant. | Case No. 3:23-cv-00939-AMO<br><br>Hon. Araceli Martínez-Olguín<br><br>**JOINT STATUS REPORT IDENTIFYING MEDIATOR PURSUANT TO CASE MANAGEMENT ORDER** |

The parties to the above-entitled action, Plaintiff Charles Drake and Defendant Haier US Appliance Solutions Inc. d/b/a/ GE Appliances, submit this Joint Status Report Identifying Mediator pursuant to the Court's March 31, 2025 Case Management Order (Dkt. 73) ("CMO").

The CMO provides in part: "The Court additionally REFERS the case to private mediation. The parties shall meet and confer regarding their joint selection of a potential mediator, and they shall submit a status report identifying that mediator by no later than April 30, 2025."

Following the CMO, the parties met and conferred, and they jointly selected a mediator to mediate this case privately. The parties' agreed-upon mediator is Jill R. Sperber, Esq. of Judicate West.

Dated: April 28, 2025                         GREENBERG TRAURIG, LLP

                                              By: /s/ *Robert J. Herrington*
                                              Robert J. Herrington
                                              Attorneys for Defendant
                                              HAIER US APPLIANCE SOLUTIONS INC. d/b/a/
                                              GE APPLIANCES

Dated: April 28, 2025                         DOVEL & LUNER, LLP

                                              By: /s/ *Richard Lyon*
                                              Richard Lyon
                                              Attorneys for Plaintiff
                                              CHARLES DRAKE

### ATTESTATION

I, Robert J. Herrington, am the CM/ECF user whose ID and password are being used to file this JOINT STATUS REPORT IDENTIFYING MEDIATOR PURSUANT TO CASE MANAGEMENT ORDER. Pursuant to Northern District of California Civil Local Rule 5-1(h)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

DATED: April 28, 2025                         By: /s/ *Robert J. Herrington*
                                              Robert J. Herrington